UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-60201-CR-SINGHAL/STRAUSS

18 U.S.C. § 1349
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

**HERLINE LOCHARD,**

        Defendant.

_____/

FILED BY _____MP_____ D.C.
Oct 7, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

**Requirements to Become a Registered Nurse or Licensed Practical Nurse**

1. State Boards of Nursing were established to protect the public's health by overseeing and assuring the safe practice of nursing. Boards of Nursing achieve this mission by establishing the standards for safe nursing care and issuing licenses authorizing the practice of nursing. Once a license was issued, the Boards of Nursing held licensees to provisions defined in state laws and, when necessary, acted against the licenses of those nurses who have exhibited unsafe nursing practice.

2. The purpose of a professional license was to protect the public from harm by setting minimal qualifications and competencies for safe entry-level practitioners. Nursing was regulated because it is one of the health professions that poses a risk of harm to the public if practiced by someone who is unprepared and/or incompetent.

3. Typical components of licensure to be a Registered Nurse (RN) or a Licensed Practical Nurse (LPN) included, among other things, verification of graduation from an approved pre-licensure nursing program, verification of successful completion of the National Council Licensure Examination (NCLEX), a criminal background check, and in some states—including New York—continuing education credits.

4. Once a nursing license was obtained in one jurisdiction, various state reciprocity agreements simplified the process to obtain a license and practice in another state.

### Defendant and Related Entities

5. Center for Professional Development and Training, Inc. was a company incorporated on or about March 27, 2001, under the laws of the State of Florida, with its principal address located at 12995 NE 7th Ave., North Miami, Florida.

6. Center for Professional Training, Inc. was a company incorporated on or about February 17, 2014, under the laws of the State of Florida, with its principal address located at 12601 NE 7th Ave., Miami, FL 33161.

7. Wheatland Institute, Inc. was a corporation incorporated on or about February 7, 2020, under the laws of the State of Florida, with its principal address located at 5314 Silver Star Rd., Orlando, FL 32808.

8. Defendant **HERLINE LOCHARD**, a resident of Orange County, Florida, was the Registered Agent, and/or Manager of Center for Professional Training and Development Inc., Center for Professional Training Inc., and Wheatland Institute Inc.

### Conspiracy to Commit Mail Fraud and Wire Fraud
### (18 U.S.C. § 1349)

From in or around November 2020, through in or around October 2023, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**HERLINE LOCHARD,**

did willfully, that is, with the intent to further the objects of the conspiracy, and knowingly combine, conspire, confederate, and agree with others known and unknown to the United States Attorney:

    a.    to knowingly, and with the intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing the scheme and artifice, did knowingly cause to be mailed certain mail matter by the United States Postal Service, according to the directions thereon, in violation of Title 18, United States Code, Section 1341; and

    b.    to knowingly, and with the intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

### **Purpose of the Conspiracy**

9.    It was the purpose of the conspiracy for the defendant and her co-conspirators to unlawfully enrich themselves by, among other things, selling fraudulent nursing diplomas, educational transcripts, and other credentials, and assisting the purchasers in fraudulently obtaining licensure and ultimately employment in the healthcare field.

**Manner and Means of the Conspiracy**

The manner and means by which the defendant and her co-conspirators sought to accomplish the objects and purpose of the conspiracy included, among others, the following:

10. **HERLINE LOCHARD** and others sold false and fraudulent continuing education certifications, diplomas, transcripts, and other fraudulent documents (collectively "fraudulent documents") which falsely represented that the purchasers of the fraudulent documents had completed the necessary courses and/or clinical training to obtain nursing degrees when in fact the purchasers had never completed the necessary courses and/or clinical training.

11. **HERLINE LOCHARD** and others mailed and caused others to mail, by United States Postal Service, fraudulent documents to the purchasers and to state licensing agencies, on behalf of the purchasers.

12. In furtherance of the conspiracy **HERLINE LOCHARD** and others caused the purchasers to transmit, by means of interstate wire communication, identification documents supporting their licensing applications, and to make electronic payments, by means of interstate wire communication, to **LOCHARD**, and others, for providing the fraudulent documents.

13. Using the fraudulent documents, **HERLINE LOCHARD,** and others, assisted the purchasers of the fraudulent documents in obtaining fraudulent nursing licenses from state licensing agencies and employment in the healthcare field.

14. **HERLINE LOCHARD** and others used the proceeds of the fraud for their personal use and benefit, and to further the fraud.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE
## (18 U.S.C. § 981(a)(1)(C))

1.     The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, **HERLINE LOCHARD**, has an interest.

2.     Upon conviction of a violation of Title 18, United States Code, Section 1349, as alleged in this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
CHRISTOPHER J. CLARK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

HERLINE LOCHARD,

_____/

CASE NO.: 24-60201-CR-SINGHAL/STRAUSS

**CERTIFICATE OF TRIAL ATTORNEY**

**Court Division** (select one)
- ☐ Miami
- ☒ FTL
- ☐ Key West
- ☐ WPB
- ☐ FTP

**Superseding Case Information:**
New Defendant(s) (Yes or No) ____
Number of New Defendants ____
Total number of new counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No__
   List language and/or dialect: _____
4. This case will take __0__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☒ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No__
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No__
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No__
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No__
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No__
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No__
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No__
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No__

By: _____
Christopher J. Clark
Assistant United States Attorney
Court ID No.    588040

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: HERLINE LOCHARD

**Case No**: _____

Count #1:

Conspiracy to Commit Mail Fraud and Wire Fraud

Title 18, United States Code, Section 1349
* **Max. Term of Imprisonment:** Twenty (20) Years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Three (3) Years
* **Max. Fine:** $250,000 or twice the gross gain or loss from the offense

\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) Case No. |
| Herline Lochard, | ) **24-60201-CR-SINGHAL/STRAUSS** |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Joshua Lowther, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*